**Order entered October 7, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00545-CV

### MAJGEK PARTNERS, LLC, Appellant

### V.

### MO AND ASSOCIATES, LLC AND JIMMY AND SUSAN MONTGOMERY, Appellees

**On Appeal from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause No. 401-00310-2019**

### ORDER

Before the Court is appellees' October 6, 2021 joint unopposed second motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 9, 2021. Because the brief was first due September 9, 2021, we caution that further extension requests will be disfavored.

/s/ CRAIG SMITH
   JUSTICE